IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| RYAN BRASHER, #183 962, | * |
|    Plaintiff, | * |
| v. | *      2:10-CV-575-WHA |
| LT. MCCRANEY, *et al.*, | * |
|    Defendants. | * |

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Bullock Correctional Facility in Union Springs, Alabama, filed this 42 U.S.C. § 1983 action on July 6, 2010. He has not submitted the $350.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before July 23, 2010 Plaintiff submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff is cautioned that his failure to comply with this Order will result in a recommendation by the

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Bullock Correctional Facility showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

undersigned that this case be dismissed; and

    2.  The Clerk MAIL to Plaintiff a form for use in filing a motion to proceed *in forma pauperis*.

    Done, this 9th day of July 2010.

                                            /s/ Susan Russ Walker
                                            SUSAN RUSS WALKER
                                            CHIEF UNITED STATES MAGISTRATE JUDGE