IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RYAN BRASHER, #183962, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:10cv575-WHA |
| | ) |
| LT. MCCRANEY, et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #12), entered on August 3, 2010, the court adopts the Recommendation, and it is hereby ORDERED as follows:

1. Plaintiff's claims against the Bullock Correctional Facility are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Bullock Correctional Facility is DISMISSED as a party to this Complaint.

3. With respect to the remaining Defendants, this case is referred back to the Magistrate Judge for further proceedings.

DONE this 25th day August, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE