IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RYAN BRASHER, #183962, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:10cv575-WHA |
| ) | (WO) |
| LT. MCCRANEY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #24), entered on September 1, 2010, the Recommendation is adopted, and it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss (Doc. #16) is GRANTED.

2. This case is DISMISSED in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this 22nd day September, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE